UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON EASON,<br><br>                Petitioner,<br><br>vs.<br><br>FEDERAL BUREAU OF PRISON F.C.C., VICTORVILLE #2, ET AL.,<br><br>                Respondents. | Case No. CV 09-2444-AG(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) the petition and action shall be dismissed without prejudice, and Judgment shall be entered accordingly.

//

//

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of
2 this Order, the Magistrate Judge's Report and Recommendation and
3 Judgment by the United States mail on petitioner.

5 DATED: June 30, 2009

```
                                         _____
                                              ANDREW J. GUILFORD
                                         UNITED STATES DISTRICT JUDGE
```

9 R&Rs\09-2444.ado
  6/1/09