1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                          CENTRAL DISTRICT OF CALIFORNIA

9

10

11   DEON EASON,                      ) Case No. CV 09-2444-AG(RC)
                                       )
12                  Petitioner,        )
                                       )
13   vs.                               ) JUDGMENT
                                       )
14   FEDERAL BUREAU OF PRISON          )
     F.C.C., VICTORVILLE #2,           )
15   ET AL.,                           )
                                       )
16                  Respondents.       )
     _____)

17

18        Pursuant to the Order of the Court approving the

19   recommendations of the United States Magistrate Judge, and

20   adopting the same as the facts and conclusions of law herein,

21

22        IT IS ADJUDGED that Judgment be entered dismissing without

23   prejudice the habeas corpus petition and action.

24   DATED: June 30, 2009

25                                     _____
                                        ANDREW J. GUILFORD
26                                     UNITED STATES DISTRICT JUDGE

27   R&Rs\09-2444.JUD
     6/1/09

28